A. S. RUTHERFORD, receiver, &c., vs. SEABORN JONES, CHARLES CLEGHORN, and R. E. DIXON, adm'r, defendant in error.

Where money is admitted by a defendant in equity to a creditor's bill, to be in his hands, belonging to the estate of a debtor, it will be directed to be paid into Court and there kept or ordered to be vested, as the Court may judge best.

Rutherford, receiver, &c. vs. Jones, Cleghorn, and Dixon, adm'r.

In equity, in Muscogee county, May Term, 1858, Judge WORRILL, presiding.

The complainant applied to the Court for an order, requiring the defendant Cleghorn to pay into Court by a given time, the amount of money admitted in his answer to be in his hands, belonging to the estate of McDougald, arising from the rent of a portion of the property mentioned in the deed set forth in complainant's bill. The Court refused to grant the order, and complainant excepted.

WM. DOUGHERTY, for plaintiff in error.

WELLBORN, JOHNSON & SLOAN, for defendant in error.

*By the Court.*—LUMPKIN J. delivering the opinion.

We are clear, that so far as the defendant Cleghorn admitted by his answer, a balance of money in his hands belonging to the estate of McDougald, that the Court should have ordered the same to be paid into Court without waiting for a final decree, 1 *Smith's Chancery Prac. 2d American, from 2d London Edition, p.* 667 ; 6 *Ves*, 738 ; 8 *Ves.* 68 ; 3 *Bro, C. C.,* 365 ; 4 *Nyl. & Craig,* 165 ; *S. C.* 2 *London Jurist,* 911 ; 1 *Hopkins,* 274. And the fund will either be kept in the custody of the Court; or vested under the special order or discretion of the Court, as it may judge best.

Judgment reversed.